

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2013

No. 04-11-00550-CV

**BP AMERICA PRODUCTION COMPANY,**
Appellant

v.

Carlos M. **ZAFFIRINI**, Sr., Dolores Angelina De la Garza, Clarissa De La Garza, Cristina Lorena Benavides, Servando Roberto Benavides, Delia Hilda Benavides Martinez, Maria Eugenia Benavides Gutierrez, Las Tinajas Minerals, Ltd, Diana Solis,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVF000798D1
The Honorable Joe Lopez, Judge Presiding

## O R D E R

Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
(Marialyn Barnard, Rebeca C. Martinez, Luz Elena D. Chapa, Justices; not sitting)

The en banc court has considered Appellees' motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2013.

_____
Keith E. Hottle
Clerk of Court